AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SELF-INSURED SCHOOLS OF CALIFORNIA, on behalf of itself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Jazz Pharmaceuticals, Inc., et al., <br> (See Appendix A for additional Defendants) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-cv-6495 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jazz Pharmaceuticals, Inc.
3170 Porter Drive, Palo Alto, CA 94304

(See Appendix A for additional Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven N. Williams (SBN 2533826)
Joseph Saveri Law Firm, Inc., 601 California St., Suite 1000, San Francisco, CA
94108 & 153 Ridge St., Suite 3A, New York, New York 10002 Tel: (415) 500-6800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/17/2020 /s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-6495

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# APPENDIX A

| Defendant | Address |
| --- | --- |
| Jazz Pharmaceuticals PLC | Waterloo Exchange, Waterloo Road, Dublin 4, Ireland |
| Jazz Pharmaceuticals Ireland Limited | Monksland, Co. Roscommon, Ireland |
| Hikma Pharmaceuticals PLC | 1 New Burlington Place, London, United Kingdom |
| Eurohealth (U.S.A.), Inc. | 246 Industrial Way West, Eatontown, New Jersey, 07724 |
| Hikma Pharmaceuticals USA, Inc. | 246 Industrial Way West, Eatontown, New Jersey, 07724 |
| West-Ward Pharmaceuticals Corp. | 246 Industrial Way West, Eatontown, New Jersey, 07724 |
| Roxane Laboratories, Inc. | 1809 Wilson Road, Columbus, Ohio, 43228 |
| Amneal Pharmaceuticals LLC | 400 Crossing Boulevard, Bridgewater, New Jersey, 08807 |
| Endo International, PLC | First Floor, Minerva House, Simmonscourt Road Ballsbridge, Dublin 4, Ireland |
| Endo Pharmaceuticals Inc. | 1400 Atwater Drive, Malvern, Pennsylvania, 19355 |
| Par Pharmaceutical, Inc. | One Ram Ridge Rd., Chestnut Ridge, New York 10977 |
| Lupin Ltd. | B/4 Laxmi Towers, Bandra-Kurla Complex, Bandra (E), Mumbai 400 051, India |
| Lupin Pharmaceuticals, Inc. | 111 South Calvert Street, Baltimore, Maryland, 21202 |
| Lupin Inc. | 111 South Calvert Street, Baltimore, Maryland, 21202 |
| Sun Pharmaceutical Industries Ltd. | Sun House, CTS No. 201 B/1, Western Express Highway, Goregaon (E), Mumbai 400 063 Maharashtra, India |
| Sun Pharmaceutical Holdings USA, Inc. | 2 Independence Way, Princeton, New Jersey, 08540 |
| Sun Pharmaceutical Industries, Inc. | 2 Independence Way, Princeton, New Jersey, 08540 |
| Ranbaxy Laboratories Ltd. | Gurugram, India |
| Teva Pharmaceutical Industries, Ltd. | 5 Basel Street, Petach Tikva, Israel, 491033 |

1

# APPENDIX A

| Teva Pharmaceuticals USA, Inc. | 1090 Horsham Road North Wales, Pennsylvania, 19454 |
|---|---|
| Watson Laboratories, Inc. | 1090 Horsham Road North Wales, Pennsylvania, 19454 |
| Wockhardt Ltd. | Wockhardt Towers, Bandra Kurla Complex Bandra (East), Mumbai-400051 Maharashtra, India |
| Morton Grove Pharmaceuticals Inc. | 6451 W. Main Street, Morton Grove, Illinois, 60053 |
| Wockhardt USA LLC | 20 Waterview Blvd Ste 315, Parsippany, New Jersey, 07054-1271 |
| Mallinckrodt PLC | 3 Lotus Park, The Causeway, Staine-Upon-Thames, Surrey TW18 3AG, United Kingdom |
| Mallinckrodt LLC | 675 McDonnell Blvd., Saint Louis, Missouri, 63042, United States |

2