UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELF-INSURED SCHOOLS OF CALIFORNIA, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS PLC, JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS IRELAND LIMITED, HIKMA PHARMACEUTICALS PLC, EUROHEALTH (USA), INC., HIKMA PHARMACEUTICALS USA, INC., WESTWARD PHARMACEUTICALS CORP., ROXANE LABORATORIES, INC., AMNEAL PHARMACEUTICALS LLC, ENDO INTERNATIONAL, PLC, ENDO PHARMACEUTICALS LLC, PAR PHARMACEUTICAL, INC., LUPIN LTD., LUPIN PHARMACEUTICALS INC., LUPIN INC., SUN PHARMACEUTICAL INDUSTRIES LTD., SUN PHARMACEUTICAL HOLDINGS USA, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., RANBAXY LABORATORIES LTD., TEVA PHARMACEUTICAL INDUSTRIES LTD., WATSON LABORATORIES, INC., WOCKHARDT LTD., MORTON GROVE PHARMACEUTICALS, INC., WOCKHARDT USA LLC, MALLINCKRODT PLC, and MALLINCKRODT LLC,<br><br>Defendants. | Case No.: 7:20-cv-06495 |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE
STATEMENT OF THE WOCKHARDT DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 7.1, Wockhardt Ltd., Morton Grove Pharmaceuticals Inc., and Wockhardt USA LLC (the "Wockhardt Defendants") hereby state as follows:

1. Defendant Wockhardt Ltd., which is a publicly traded company on the National Stock Exchange of India under the symbol WOCKPHARMA and the Bombay Stock Exchange, has no parent corporation, and no publicly held entity owns 10% or more of the stock of Wockhardt Ltd.

2. Defendant Morton Grove Pharmaceuticals, Inc. is a wholly owned subsidiary of Wockhardt Holding Corporation, itself a wholly owned subsidiary of Wockhardt Ltd. No other publicly held entity owns 10% or more of the stock of Morton Grove Pharmaceuticals, Inc.

3. Defendant Wockhardt USA LLC is a wholly owned subsidiary of Morton Grove Pharmaceuticals, Inc., itself a subsidiary of Wockhardt Holding Corporation, itself a wholly owned subsidiary of Wockhardt Ltd. No other publicly held entity owns 10% or more of the stock of Wockhardt USA LLC.

-2-

Dated: September 4, 2020                    Respectfully submitted,

                                            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            *s/ Jeffrey C. Bank*
                                            Jeffrey C. Bank* (NY Bar No. 4460663)
                                            1700 K Street, N.W., 5th Floor
                                            Washington, D.C. 20006
                                            Telephone: (212) 497-7761
                                            Facsimile: (202) 973-8899
                                            Email: jbank@wsgr.com

                                            *Counsel for Defendants Wockhardt Ltd., Morton Grove Pharmaceuticals, Inc., and Wockhardt USA LLC*

                                            *Admitted only in New York.  Not admitted in the District of Columbia.  Practice supervised by a member of the Bar of the District of Columbia.